# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Humberto Salgado-Vera,<br>a.k.a.: Humberto Salgado,<br>(A209 119 429)<br>*Defendant* | ) ) ) Case No. 17-7527 MJ<br>) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 19, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Humberto Salgado-Vera, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about August 26, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Cassie Bray Woo for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 20, 2017

_____
*Judge's signature*

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 19, 2017, the Arizona Department of Public Safety (DPS) contacted the Phoenix ICE Law Enforcement Agency Response Unit regarding an individual they encountered during a traffic stop in Phoenix, Arizona. DPS Officer Schmidt suspected Salgado-Vera to be an enforcement priority, illegally present in the United States, and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer Claudio telephonically interviewed the individual, later identified as Humberto Salgado-Vera, and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Salgado-Vera was transported to the Phoenix ICE office for further investigation and processing. Salgado-Vera was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Humberto Salgado-Vera to be a citizen of Mexico and a previously deported criminal alien. Salgado-Vera was removed from

the United States to Mexico at or near Calexico, California, on or about August 26, 2017, pursuant to an order of removal issued by an immigration official. There is no record of Salgado-Vera in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Salgado-Vera's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Humberto Salgado-Vera was convicted of Misconduct Involving Weapons, a felony offense, on May 4, 2017, in Superior Court of Arizona, Maricopa County. Salgado-Vera was sentenced to two (2) months' probation. Salgado-Vera's criminal history was matched to him by electronic fingerprint comparison.

5. On October 19, 2017, Humberto Salgado-Vera was advised of his constitutional rights. Salgado-Vera freely and willingly acknowledged his rights and agreed to provide a statement under oath. Salgado-Vera stated that his true and complete name is Humberto Salgado-Vera and that he is a citizen of Mexico. Salgado-Vera stated that he illegally entered the United States on October 1, 2017, through Sonorita. Salgado-Vera further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 19, 2017, Humberto Salgado-Vera, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about August 26, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 20th day of October, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge